UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00243

**Corey Moody,**
*Plaintiff,*

v.

**Brent Crumbaker,**
*Defendant.*

# ORDER

    Plaintiff Corey Moody, proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit against defendant Brent Crumbaker, pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge K. Nicole Mitchell. The magistrate judge issued a report recommending that defendant's motion for summary judgment (Doc. 30) limited to the exhaustion of administrative remedies should be granted and plaintiff's claims against defendant should be dismissed without prejudice for failure to exhaust his administrative remedies pursuant to 42 U.S.C. § 1997e(a). Doc. 31. No objections were filed to the magistrate judge's report.

    When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant's motion for summary judgment limited to the exhaustion of administrative remedies (Doc. 30) is granted. Plaintiff's civil-rights action is dismissed without prejudice for failure to exhaust his administrative remedies pursuant to 42 U.S.C. § 1997e(a).

*So ordered by the court on September 10, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge